UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 25-23471-BKC-LMI

IN RE:
JESUS ENRIQUE BENITEZ MORIN
YAIMIR GOVIN,
                    DEBTOR(S).
_____/

### TRUSTEE'S NOTICE OF NON-COMPLIANCE

Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

1.   At the Confirmation Hearing held on March 10, 2026, The debtor(s) agreed to become current with $574.08 by five o'clock in the afternoon.

2.   As of March 24, 2026, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on January 13, 2026 in the amount of $287.04

3.   Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on March 24, 2026.


                                        /s_____
                                        NANCY K. NEIDICH, ESQUIRE
                                        STANDING CHAPTER 13 TRUSTEE
                                        P.O. BOX 279806
                                        MIRAMAR, FL 33027
                                        (954) 443-4402


COPIES FURNISHED TO:
Jesus Enrique Benitez Morin & Yaimir Govin
6945 W 2nd Way
Hialeah, FL 33014

JOSE BLANCI, ESQUIRE (ECF)